# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS R. DIAZ, | |
| Plaintiff, | Case No. 2:16-cv-01931-JCM-GWF |
| vs. | **ORDER** |
| SENECA MORTGAGE SERVICING, *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendant Bank of America, N.A.'s (BANA) Motion to Stay Discovery (ECF No. 9), filed on September 27, 2016.

Local Rule 26-7(c) requires the moving party to confer or attempt to confer in person, or at least by telephone, with the opposing party in a good faith effort to resolve the discovery dispute prior to filing a discovery motion with the court. The moving party is also required to include a declaration that sets forth the details of the meet and confer. *See* Local Rule 26-7(c). Defendant BANA has not complied with these requirements. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Bank of America, N.A.'s Motion to Stay Discovery (ECF No. 9) is **denied** without prejudice.

DATED this 28th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge