David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JESUS R. DIAZ*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JESUS R. DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>SENECA MORTGAGE SERVICING; BANK OF AMERICA, NATIONAL ASSOCIATION; REALTIME RESOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendants. | Case No. 2:16-cv-01931-JCM-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

Plaintiff JESUS R. DIAZ and EXPERIAN INFORMATION SOLUTIONS, INC hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

…

…

Page **1** of **2**

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: December 13, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Jennifer L. Braster, Esq.
Jennifer L. Braster, Esq.
Maupin Naylor Braster
1050 Indigo Drive
Suite 200
Las Vegas, NV 89145
*Attorney for Defendant*
EXPERIAN INFORMATION SOLUTIONS, INC

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 16, 2016